# EXHIBIT 1

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Steve Farzam (in pro se)<br>1515 Ocean Avenue<br>Santa Monica, California 90401<br>TELEPHONE NO: (310)656-4539    FAX NO. *(Optional)*: (310)656-8522<br>E-MAIL ADDRESS *(Optional)*: stevefarzam@gmail.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY<br>**CONFORMED COPY**<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>**NOV 29 2017**<br>Sherri R. Carter, Executive Officer/Clerk<br>By: Tom G. Holmes, Deputy |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 1725 Main Street<br>MAILING ADDRESS: 1725 Main Street<br>CITY AND ZIP CODE: Santa Monica, CA 90401<br>BRANCH NAME: Santa Monica Courthouse | |
| PLAINTIFF: Steve Farzam (in pro se)<br>DEFENDANT: The National Registry of Emergency Medical Technicians<br>[✓] DOES 1 TO 10 | |
| **CONTRACT**<br>[✓] COMPLAINT    [ ] AMENDED COMPLAINT *(Number)*:<br>[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number)*: | |
| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded [ ] does not exceed $10,000<br>                           [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>      [ ] from limited to unlimited<br>      [ ] from unlimited to limited | CASE NUMBER:<br><br>**SC128438** |

1. Plaintiff* *(name or names)*:
   Steve Farzam (in pro se)
   alleges causes of action against defendant* *(name or names)*:
   The National Registry of Emergency Medical Technicians
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
       [ ] except plaintiff *(name)*:
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity *(describe)*:
          (3) [ ] other *(specify)*:

   b. [ ] Plaintiff *(name)*:
       a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

       b. [ ] has complied with all licensing requirements as a licensed *(specify)*:
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
       [✓] except defendant *(name)*: The National Registry    [ ] except defendant *(name)*:
          (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
          (2) [ ] a corporation                                        (2) [ ] a corporation
          (3) [ ] an unincorporated entity *(describe)*:        (3) [ ] an unincorporated entity *(describe)*:
          (4) [ ] a public entity *(describe)*:                        (4) [ ] a public entity *(describe)*:
          (5) [✓] other *(specify)*: CORP FOR NON-PROFIT    (5) [ ] other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.     Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]<br>COMPLAINT—Contract<br>Code of Civil Procedure, § 425.12

EXHIBIT 1<br>PAGE 7

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Farzam v. The National Registry of Emergency Medical Technicians | SC128438 |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify)*:

6. [✓] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [✓] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   [✓] Breach of Contract
   [ ] Common Counts
   [ ] Other *(specify)*:

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $432,650
    b. [✓] interest on the damages
       (1) [✓] according to proof
       (2) [ ] at the rate of *(specify)*:       percent per year from *(date)*:
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [ ] other *(specify)*:

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 11/22/2017

STEVE FARZAM
(TYPE OR PRINT NAME)                                          ▶  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]                    **COMPLAINT—Contract**                              Page 2 of 2

EXHIBIT 1
PAGE 8